**Claudio OCCHIONE, Petitioner—Appellant,**

v.

**J. Randolph BABBITT, Administrator, FAA, Respondent—Appellee.**

No. 10–2125.

United States Court of Appeals, Fourth Circuit.

Submitted: May 27, 2011.

Decided: June 8, 2011.

Claudio Occhione, Appellant Pro Se. Amanda Kate Bruchs, Laura Jennings, Federal Aviation Administration, Washington, D.C.; Karen V. Yates, National Transportation Safety Board, Washington, D.C., for Appellee.

Before WILKINSON, KEENAN, and DIAZ, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claudio Occhione petitions for review of the National Transportation Safety Board's decision affirming the administrative law judge's order upholding the suspension of Occhione's pilot certificate. Our review of the record convinces us that the Board's decision is based on substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. *Occhione v. Babbitt,* Nos.2009–AIR–00026, 2009–GL–05–0030, SE–18719 (NTSB Aug. 17, 2010). We grant Respondent's motion to strike Occhione's addendum. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*